OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

$ 00.26⁵
0006557458    JAN 09 2015
MAILED FROM ZIP CODE 78701

PRIVILEDGED

1/5/2015
**GIAMALVA, CARY EVAN**    Tr. Ct. No. 939030-H    **WR-24,809-09**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk





CARY EVAN GIAMALVA
~~EAST TEXAS UNIT~~ - TDC # 1202929

U TF

RETURN TO SENDER

Released or No Longer At This Facility